

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-16-00107-CV

---

KRISTEN DOUGHERTY, AN INDIVIDUAL AND
HEATHER RHOAD, AN INDIVIDUAL, APPELLANTS

V.

MICHAEL C. FISHER, A/K/A MIKE FISHER, A MARRIED
MAN, D/B/A 6TH STREET MASSACRE, APPELLEE

---

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 69,260-A, Honorable Dan L. Schaap, Presiding

---

September 11, 2018

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellants Kristen Dougherty and Heather Rhoad, appearing pro se, filed a joint notice of appeal challenging a temporary injunction ordered by the trial court. TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4) (West Supp. 2017). Dougherty and Rhoad filed a joint appellate brief and appellee Michael C. Fisher responded. Dougherty and Rhoad also joined in a reply brief.

After briefing but before submission the Court received notice that Dougherty was in bankruptcy.  TEX. R. APP. P. 8.1.  This appeal was accordingly suspended.  TEX. R. APP. P. 8.2.  On July 3, 2018, on Dougherty's motion, we reinstated the appeal.  TEX. R. APP. P. 8.3(a).  The Court ordered Dougherty, Rhoad, and Fisher to file supplemental briefs and if necessary to supplement the appellate record.  The supplemental brief of Dougherty and Rhoad was due for filing by August 6, 2018.

Dougherty and Rhoad did not file a supplemental brief nor did they request additional time for filing.  By letter of August 20, the Court ordered Dougherty and Rhoad to file their supplemental brief by August 30 or the appeal would be dismissed without further notice.

Dougherty and Rhoad have not filed a supplemental brief nor have they requested additional time to file.  Because of appellants Dougherty and Rhoad's failure to comply with a Court order, the appeal is dismissed.  TEX. R. APP. P. 42.3(c).

Per Curiam